IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BRENDA BORING PLAINTIFF

V. CIVIL CAUSE NO. 4:26-CV-76-DMB-DAS

CITY OF GREENWOOD AND
OFFICER WILLIAMS NEVELS DEFENDANT

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO PROVIDE INFORMATION FOR SERVICE OF PROCESS

Before the Court is the plaintiff Brenda Boring's Amended Motion to Proceed *in Forma Pauperis* ("IFP") [7], her second Motion to Proceed IFP [9], and a Motion to Lift Stay and Motion to Reconcile or Reconsider IFP Status [11]. On August 27, 2026, the plaintiff appeared before Magistrate Judge Virden and testified as to her financial status under oath. [13]. Based on her testimony, the Court finds the plaintiff's motion to proceed *in forma pauperis* should be GRANTED and the stay in this case should be LIFTED.

However, the plaintiff's Amended Complaint [6] does not contain the information necessary to perfect service on the defendants, City of Greenwood, Mississippi, and Officer William Nevels. Accordingly, the Clerk of Court is unable to issue process. The plaintiff is ORDERED to provide the court with valid physical addresses for the City of Greenwood, Mississippi, and Officer William Nevels no later than September 23, 2026.

Upon receipt of this information, the Clerk of the Court is DIRECTED to issue process for the City of Greenwood, Mississippi, and Officer William Nevels which the U.S. Marshal must serve in accordance with 28 U.S.C. § 1915(d). The U.S. Marshal Service will serve process on the City of Greenwood, Mississippi, and Officer William Nevels under 28 U.S.C. § 1915(d) using good faith efforts to identify and locate the proper individuals and obtain service by all approved means as provided by FED.R.CIV.P. 4 and MISS.R.CIV.P. 4 if service by mail is unsuccessful.

If the plaintiff fails to provide sufficient information to perfect service of process on City of Greenwood, Mississippi, and Officer William Nevels by September 23, 2026, the plaintiff's claims against these defendants are subject to dismissal under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

SO ORDERED, this the 8th day of September, 2026.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE